**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RYAN PHARAOH,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **OFFICER JOSHUA DEWEES, and** | **NO.  14-3116** |
| **THE CITY OF CHESTER,** | |
| **Defendants.** | |

**O R D E R**

**AND NOW**, this 4th day of May, 2016, upon consideration of Motion for Summary Judgment on Behalf of Defendant, The City of Chester (Document No. 18, filed September 18, 2015), Response of Plaintiff, Ryan Pharoah [sic] to Defendant, City of Chester's Motion for Summary Judgment (Document No. 23, filed October 13, 2015), and Reply Brief of Defendant, The City of Chester, In Support of Motion for Summary Judgment (Document No. 29, filed October 19, 2015), for the reasons set forth in the Memorandum dated May 4, 2016, **IT IS ORDERED** that the Motion for Summary Judgment on Behalf of Defendant, The City of Chester is **GRANTED**, and the City of Chester shall be **REMOVED** from the caption of the case.

**IT IS FURTHER ORDERED** that, upon consideration of Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Witness, Dr. William Jantsch (Document No. 22, filed September 22, 2015), and Plaintiff, Ryan Pharaoh's, Memorandum of Law in Opposition to Defendants' Motion to Exclude the Expert Testimony of Dr. William Jantsch (Document No. 26, filed October 15, 2015), for the reasons set forth in the Memorandum dated May 4, 2016, Defendants' Motion to Exclude is **DENIED**.

**IT IS FURTHER ORDERED** that a conference by telephone for the purpose of scheduling further proceedings will be conducted in due course.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
_____

**DuBOIS, JAN E., J.**